No. 71–1690. KRESSE ET AL. *v.* BUTZ, SECRETARY OF AGRICULTURE; and

No. 71–1691. RASMUSSEN, DBA SARIVAL GUERNSEY FARMS *v.* BUTZ, SECRETARY OF AGRICULTURE. C. A. 9th Cir. Motion for leave to amend petition in No. 71–1691 granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. Reported below: 461 F. 2d 595.

No. 71–6512. MARCOVICH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–6544. WALLACE *v.* WARNER, SECRETARY OF THE NAVY, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–81. VETERANS AND RESERVISTS FOR PEACE IN VIETNAM *v.* REGIONAL COMMISSIONER OF CUSTOMS, REGION II, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.